UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>JACQUIE P. VIEIRA | CR. NO. 05- |

INDICTMENT

The Grand Jury charges:

## COUNT ONE
**[18 U.S.C. §§ 2 and 1951 Aiding and Abetting Robbery Affecting Commerce]**

On or about August 30, 2005, in the District of New Hampshire, the defendant,

**JACQUIE P. VIEIRA**,

did knowingly and willfully aide and abet Stephen M. Butler in obstructing, delaying, and affecting interstate commerce and the movement of any article and commodity in interstate commerce, by robbery. JACQUIE P. VIEIRA waited in a car in the vicinity of Vista Foods, a grocery store involved in the business of selling goods in interstate commerce, located at 310 Wilson Street, Manchester, New Hampshire, while Stephen M. Butler robbed the store of about $17,000 in presence of store employees and against their will, by means of actual and threatened force and violence against store employees. JACQUIE P. VIEIRA then drove Stephen M. Butler away from the scene of the robbery. JACQUIE P. VIEIRA'S acts facilitated the success of the robbery, in violation of Title 18, United States Code, Sections 2 and 1951.

A TRUE BILL

October 12, 2005                                     /s/ Grand Jury Foreperson
                                                     Foreperson

THOMAS P. COLANTUONO
United States Attorney


By : /s/ Mark S. Zuckerman
     Mark S. Zuckerman
     Assistant United States Attorney