```
            UNITED STATES DISTRICT COURT FOR THE
                   DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

       v.                    Criminal No. 05-cr-214-01-JD

<u>Jacquie Vieira</u>


                      <u>O R D E R</u>


    The assented to motion to reschedule jury trial (document no. 27) filed by defendant is granted.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3131(h)(8)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.


                                            <u>/s/ Joseph A. DiClerico, Jr.</u>
                                            Joseph A. DiClerico, Jr.
                                            United States District Judge

Date:  July 11, 2007



cc:   Mark S. Zuckerman, Esq.
      Michael J. Sheehan, Esq.
      Thomas A. Brant, Esq.
      U.S. Marshal
      U.S. Probation